IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-44-D

| | |
|---|---|
| SANDRA O'HARA-HARMON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIDNEY AVERY, as Administrator of the )<br>Estate of the Late Dancie Avery Heirs, )<br>Defendants. ) | **ENTRY OF DEFAULT** |

This matter is before the clerk on the motion for entry of default [DE-14] filed by plaintiff.

The record shows that the marshal effected service on defendant Sidney Avery, and that this defendant has failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure. The motion is granted, and default is hereby entered against defendant Sidney Avery, as administrator of the estate of the late Dancie Avery heirs.

SO ORDERED. This the 5th day of September, 2017.

Peter A. Moore, Jr.
Clerk of Court