UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

| | | |
|---|---|---|
| SANDRA O'HARA-HARMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:17-CV-44-D** |
| | ) | |
| SIDNEY AVERY, as Administrator of the | ) | |
| Estate of the Late Dancie Avery heirs, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that O'Hara-Harmon's complaint is DISMISSED for lack of subject-matter jurisdiction.

<u>**This Judgment Filed and Entered on June 14, 2018, and Copies To:**</u>

Sandra O'Hara-Harmon                        (Sent to 815 F. Street Hartsville, SC 29550
                                                                        via US Mail)

DATE:                                                     PETER A. MOORE, JR., CLERK

June 14, 2018                          (By) <u>/s/ Nicole Briggeman</u>

                                                     Deputy Clerk